UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 13-00451-EJD |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| ELFEGO SERRANO-GUTIERREZ, | ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the indictment as to defendant Elfego Serrano-Gutierrez. The indictment is hereby ordered dismissed without prejudice as to defendant Elfego Serrano-Gutierrez.

Date: 6/21/2016

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL (CR 12-70877-PSG)